ACCEPTED
01-14-00976-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/21/2015 3:01:23 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00976-CR

| | | |
|---|---|---|
| **LARRY BRINKLEY** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **1st DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/21/2015 3:01:23 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

LARRY BRINKLEY, Appellant in the above styled and numbered case, moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 344th District Court of Chambers County, Texas.

2. The case below was styled *The State of Texas vs. LARRY BRINKLEY*, and numbered 17947.

3. The appellant was convicted of Murder, a first degree felony.

4. On October 27, 2014, Appellant was assessed a sentence of twenty years in the Texas Department of Criminal Justice Institutional Division.

5. Notice of appeal was given on December 5, 2014.

6. The clerk's record was filed on February 24, 2015. The reporter's record was filed on April 21, 2015.

7. The appellate brief is presently due on May 21, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. June 21, 2015.

9.     No extensions to file the brief have been received in this cause from this attorney.

10.     Appellant relies on the following facts as good cause for the requested extension:

The reporter's record was filed in this case on April 21, 2015. Counsel just completed a brief to the Beaumont Court of Appeals in Cause No. 09-13-00573-CR, Ramon Aguilar v. The State of Texas which was filed on May 14, 2015. Further, the reporter's record includes 13 volumes and Appellant's counsel seeks additional time in order to review this record and prepare Appellant's brief.

LARRY BRINKLEY PRAYS that the Court grant this Motion to Extend Time to File Appellant's Brief.

Respectfully submitted,

Law Offices of Stephen D. Jackson & Associates
215 Simonton
Conroe, Texas 77301
(936) 756-5744
(936) 756-5842 facsimile

By:_____
Stephen D. Jackson
State Bar No. 00784324
Attorney for
LARRY BRINKLEY

## CERTIFICATE OF SERVICE

This is to certify that on May 21, 2015, a true and correct copy of the above and foregoing document was served on the Chambers County District Attorney's Office by electronic service.

_____
Stephen D. Jackson

**STATE OF TEXAS** § 

§

**COUNTY OF MONTGOMERY** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Stephen D. Jackson, who after being duly sworn stated:

"I am the attorney of record for the appellant in the above numbered and styled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

_____
Stephen D. Jackson
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on ___May 21, 2015___, to certify which witness my hand and seal of office.



DEBORAH MURPHY
Notary Public, State of Texas
My Commission Expires
October 14, 2015

_____
Notary Public, State of Texas